UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENT RICHMOND, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>MERCURY SYSTEMS, INC., MARK ASLETT, and GERALD M. HAINES II,<br><br>       Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 1:18-cv-11434-IT<br>)<br>) CLASS ACTION<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL**

  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiff City of Daytona Beach Police & Fire Pension Fund gives notice that that the above-captioned action is voluntarily dismissed against all Defendants, without prejudice, and with each party agreeing to bear their own costs.

DATED: December 10, 2018    **LEVI & KORSINSKY, LLP**

               */s/ Shannon L. Hopkins*
               Shannon L. Hopkins (BBO #657485)
               Nancy A. Kulesa
               Gregory M. Potrepka
               733 Summer Street, Suite 304
               Stamford, CT 06903
               Telephone: 203-992-4523
               Facsimile: 212-363-7171
               E-mail: shopkins@zlk.com

               *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Shannon L. Hopkins, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 10, 2018.

Dated: December 10, 2018                 */s/Shannon L. Hopkins*
                                         Shannon L. Hopkins